IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.          NO. 4:21-MJ-119 JTR

AUGUSTUS DAVID SHENKER

CLERK'S MINUTES

| | |
|---|---|
| Date: | May 18, 2021 |
| Before: | Hon. J. Thomas Ray |
| Assistant U.S. Attorney | Joan Shipley |
| Defense Attorney | Jeffrey Rosenzweig |

Defendant Augustus Shenker was seen before Judge J. Thomas Ray for an initial appearance on a complaint; the Defendant, through counsel, waived his right to a preliminary hearing; the parties agreed for the Defendant to be placed on an OR Bond with Adam Walsh conditions